# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00032-CV

**Georgetown Place, Ltd. and Affordable Housing Visions—Georgetown, Inc., Appellants**

**v.**

**Network Multi-Family Security Corporation, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-06-002372, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Georgetown Place, Ltd. and Affordable Housing Visions—Georgetown, Inc. have filed a Motion to Dismiss Restricted Appeal Due to Settlement. They certify that appellee Network Multi-Family Security Corporation does not oppose this motion. We grant the motion and dismiss this appeal.

_____

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed on Appellants' Motion

Filed:   June 18, 2010